UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SPACECOM INTERNATIONAL, LLC,
                                Plaintiff,

                             14-CV-8865 (JPO)

         -v-

                             <u>ORDER</u>

ASIA BROADCAST SATELLITE, LTD.,

                                Defendant.
------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

On November 13, 2014, this Court entered a stipulation and order staying this proceeding pending the AAA Arbitration. (Dkt. No. 4.) In light of the time that has since passed, the parties are directed to update the Court on the status of the case on or before November 4, 2016. If the parties fail to do so, the case will be dismissed.

SO ORDERED.

Dated: October 14, 2016
       New York, New York

                                          _____
                                              J. PAUL OETKEN
                                          United States District Judge